UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6018 -CIV- GRAHAM

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ
and HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

    Defendant.
_____/

### NOTICE OF FILING OF WRITTEN CONSENTS

The undersigned counsel for Plaintiffs hereby files and serves on the Defendant the respective written consents of VICTOR L. ANDERSON, JAMIE ELLIS, GEORGE RODRIGUEZ and HAYES D. SULLIVAN to become parties Plaintiff in the above matter.

    DONALD R. McCOY, P.A.
    420 N.E. Third Street
    Fort Lauderdale, Florida 33301

    Telephone: (954) 522-4211
    Facsimile: (954) 522-4247

    By_____
    Donald R. McCoy
    Florida Bar No. 887862

    Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Defendant Barton Protective Services Incorporated c/o CT CORPORATION SYSTEM, Registered Agent, 1200 S. Pine Island Road, Plantation, Florida 33324 by mail this _____ day of January, 2000.

_____

-2-