UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __00-6018__ -CIV-<u>GRAHAM</u>

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ
and HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

    Defendant.
_____/

## CONSENT TO BECOME A PARTY PLAINTIFF

I, VICTOR L. ANDERSON, a present employee of the Defendant BARTON PROTECTIVE SERVICES INCORPORATED, hereby consent to become a Plaintiff in this action for unpaid overtime compensation and liquidated damages under §16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 <u>et seq</u>. Signed this __3rd__ day of January, 2000.

_____
VICTOR L. ANDERSON

Law Offices of Donald R. McCoy • 420 N.E. 3rd St., Ft. Lauderdale, FL 33301 • (954) 522-4211