UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6018      -CIV-GRAHAM

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ
and HAYES D. SULLIVAN,

   Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

   Defendant.
_____/

### CONSENT TO BECOME A PARTY PLAINTIFF

I, JAMIE ELLIS, a former employee of the Defendant BARTON PROTECTIVE SERVICES INCORPORATED, hereby consent to become a Plaintiff in this action for unpaid overtime compensation and liquidated damages under §16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et seq. Signed this ___ day of January, 2000.

_____
JAMIE ELLIS

Law Offices of Donald R. McCoy • 420 N.E. 3rd St., Ft. Lauderdale, FL 33301 • (954) 522-4211