UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6018 -CIV-GRAHAM

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ
and HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

    Defendant.
_____/

### CONSENT TO BECOME A PARTY PLAINTIFF

I, GEORGE RODRIGUEZ, a present employee of the Defendant BARTON PROTECTIVE SERVICES INCORPORATED, hereby consent to become a Plaintiff in this action for unpaid overtime compensation and liquidated damages under §16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et seq. Signed this 3rd day of January, 2000.

                                                (GEORGE RODRIGUEZ)

Law Offices of Donald R. McCoy • 420 N.E. 3rd St., Ft. Lauderdale, FL 33301 • (954) 522-4211