UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>00-6018</u> -CIV-<u>GRAHAM</u>

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ
and HAYES D. SULLIVAN,

     Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

     Defendant.

_____/

## CONSENT TO BECOME A PARTY PLAINTIFF

I, HAYES D. SULLIVAN, a present employee of the Defendant BARTON

PROTECTIVE SERVICES INCORPORATED, hereby consent to become a Plaintiff

in this action for unpaid overtime compensation and liquidated damages under

§16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 <u>et</u>

<u>seq</u>. Signed this __4 TH__ day of January, 2000.

                               HAYES D. SULLIVAN

Law Offices of Donald R. McCoy • 420 N.E. 3rd St., Ft. Lauderdale, FL 33301 • (954) 522-4211