AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

Victor L. Anderson, Crispina Ashby,
Jamie Ellis, George Rodriguez
and Hayes D. Sullivan

    Plaintiffs,

        V.

Barton Protective Services Incorporated,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6018

CIV-GRAHAM

MAGISTRATE TURNOFF

FILED by _____ D.C.
DKTG
JAN 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA, FT. LAUD.

TO: (Name and address of defendant)

    Barton Protective Services Incorporated
    c/o CT Corporation System, Registered Agent
    1200 S. Pine Island Road
    Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald R. McCoy, P.A.
    420 N.E. Third Street
    Fort Lauderdale, Florida 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
_____
CLERK

_Q. Jordan_
(BY) DEPUTY CLERK

DATE _January 6, 2000_

Rec'd in MIA Dkt 1-14-00