UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES


FILED by _____ D.C.
MAR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. __00-6018__  Date: __5/22/00__

Style: __Anderson v. Barton Protective Srv.__

Counsel for Plaintiff: __McCoy__

Counsel for Defendant: __Berman__
Reporter: __S. Medina__  Courtroom Deputy: __C. Foster__

Law Clerk: __Cynji Lee__

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____

_____

_____

_____

_____

Motion: _____ Granted: _____ Denied: _____

Calendar Call: __01/24/01__  Trial Set/Reset for: __01/29/01__
Pretrial Conference: __12/27/00__  Bench/Jury Trial: _____

Issues Referred to Mag: Trial/(Costs)/(Fees)/Sanctions/Dismiss/Summary
Judgment/(Discovery)/Other:

_____ Mag: __Turnoff__  Mediation: Yes:__ No:__

MISCELLANEOUS NOTES: _____

_____

11