IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES, INC.,

    Defendant.

_____/



### DEFENDANT'S NOTICE OF UNAVAILABILITY

COMES NOW, the undersigned, and herein files this her Notice of Unavailability and notices all parties of her unavailability for the period of **Monday, September 4, 2000 through Friday, September 15, 2000**, and respectfully requests that no hearings, depositions, discovery matters of any kind, or trials to be set during these periods.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to: **Donald R. McCoy, Esq.**, 420 NE 3rd Street, Ft. Lauderdale, FL 33301, this 12th day of June, 2000.

    AKERMAN, SENTERFITT & EIDSON, P.A.
    Attorneys for Defendant
    SunTrust International Center -- 28th Floor
    One Southeast Third Avenue
    Miami, Florida 33131
    Telephone: (305) 374-5600
    Facsimile:  (305) 374-5095

By _____
    Christine L. Welstead
    Florida Bar No. 970956

MI518162;1

NON-COMPLIANCE OF S.D. fla. L.R. 5(A)