

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

      Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES, INC.,

      Defendant.
_____/

## NOTICE OF TAKING DEPOSITIONS

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the following:

| | |
|---|---|
| Name: | **Crispina Ashby** |
| Date/Time: | October 18, 2000 at 10:00 a.m. |
| Location: | Akerman, Senterfitt & Eidson<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>(954/463-2700) |
| Name: | **Jamie Ellis** |
| Date/Time: | October 18, 2000 at 1:00 p.m.<br>**(or immediately following Crispina Ashby)** |
| Location: | - Same - |
| Name: | **Victor Anderson** |

MI565481,1

CASE NO.: 00-6018-CIV-GRAHAM

| | |
|---|---|
| Date/Time: | October 18, 2000 at 3:30 p.m.<br>**(or immediately following Jamie Ellis)** |
| Location: | - Same - |
| Name: | **George Rodriguez** |
| Date/Time: | October 19, 2000 at 10:00 a.m. |
| Location: | Akerman, Senterfitt & Eidson<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>(954/463-2700) |
| Name: | **Hayes (Dan) Sullivan**<br>**(or immediately following George Rodriguez)** |
| Date/Time: | October 19, 2000 at 1:00 p.m. |
| Location: | Akerman, Senterfitt & Eidson<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>(954/463-2700) |

The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by regular U.S. Mail to: **Donald R. McCoy, Esq.**, 420 NE 3rd Street, Ft. Lauderdale, FL 33301, this 5th day of October, 2000.

MI565481;1

CASE NO.: 00-6018-CIV-GRAHAM

Respectfully submitted,

**AKERMAN, SENTERFITT & EIDSON, P.A.**
Attorneys for Defendant
SunTrust International Center -- 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095
E-Mail: cwelstead@akerman.com

By _____
Christine L. Welstead
Florida Bar No. 970956

MI565481;1