UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6018-CIV-GRAHAM

NIGHT BOX FILED
OCT 16 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ
and HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

    Defendant.
_____/

### CONSENT TO BECOME A PARTY PLAINTIFF

I, CHERRY FAULK, a former employee of the Defendant BARTON PROTECTIVE SERVICES INCORPORATED, hereby consent to become a Plaintiff in this action for unpaid overtime compensation and liquidated damages under §16(b) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et seq. Signed this 13 day of October, 2000.

_____
CHERRY FAULK

Law Offices of Donald R. McCoy • 420 N.E. 3rd St., Fort Lauderdale, FL 33301 • (954) 522-4211