UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6018-CIV-GRAHAM

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ
and HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

    Defendant.
_____/

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

Plaintiffs, by and through their undersigned counsel, move pursuant to Rule 15, Fed. R. Civ. P. for leave to file the amended and supplemental complaint submitted herewith. The purpose of the proposed amendment is (1) to add a similarly situated former employee of the Defendant, Cherry Faulk, as a party Plaintiff and (2) to allege transactions and occurrences which have happened since the date of the original Complaint, specifically to allege violations of the minimum wage provisions of the Fair Labor Standards Act, 29 U.S.C. §206, and the prohibition of retaliation against an employee who has instituted a proceeding under the Fair Labor Standards Act, 29 U.S.C. §215(a)(3). In support of their motion, Plaintiffs submit the Affidavit of Cherry Faulk, her written consent to become a party to this action, and a proposed amended Complaint, as well as a memorandum of law in support of this motion.

Law Offices of Donald R. McCoy • 420 N.E. 3rd St., Ft. Lauderdale, FL 33301 • (954) 522-4211

WHEREFORE, cause having been shown, Plaintiffs request leave to amend their Complaint in the manner stated.

Respectfully submitted this 16th day of October, 2000.

>                DONALD R. McCOY, P.A.
>                420 N.E. Third Street
>                Ft. Lauderdale, Florida 33301
>
>                Telephone: (954) 522-4211
>                Telecopier: (954) 523-3240
>
>                By_____
>                   Donald R. McCoy
>
>                Florida Bar No. 887862
>                Attorney for Plaintiffs

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Christine L. Welstead, Esq., AKERMAN, SENTERFITT & EIDSON, P.A., SunTrust International Center, 28th Floor, One Southeast Third Avenue, Miami, Florida 33131-1704 by telefax and by mail this 16th day of October, 2000.

_____