IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

    Plaintiffs,
vs.

BARTON PROTECTIVE SERVICES, INC.,

    Defendant.
_____/

## JOINT MOTION TO CONTINUE TRIAL DATE

Plaintiffs, VICTOR L. ANDERSON, CRISPINA ASHBY, JAMIE ELLIS, GEORGE RODRIGUEZ and HAYES D. SULLIVAN, and Defendant, BARTON PROTECTIVE SERVICES, INC., (the "Parties") by and through their respective counsel and pursuant to Local General Rule 7.6, do hereby move to continue the trial date in this action. As grounds for their Motion, the Parties state as follows:

    1.    By Order dated March 28, this Court set a trial date of January 29, 2001 for a trial of this action.

    2.    The Scheduling Order states that "a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence." The Parties make this motion within the time provided by the Scheduling Order.

    3.    The Parties ask that the Court consider the instant motion to

continue the trial date on the grounds that: (1) This action involves a claim under the Fair Labor Standard Act. Plaintiffs seek to add an additional party plaintiff.[1] (2) Defendant has requested and Plaintiffs are preparing a demand of all monies claimed to be due. (3) Additionally, Defendant seeks to employ an expert witness to rebut Plaintiffs' claims, but will be unable to comply with Local Rule 16.1(k) until the Court has ruled on Plaintiffs' ability to add an additional plaintiff and new theories of liability.

4. An affidavit of counsel demonstrating good cause is attached hereto at Exhibit "A" and a proposed Order granting the relief requested is attached hereto at Exhibit "B".

**WHEREFORE,** the Parties respectfully request: (a) that the Court continue the trial date (and all deadlines related to that date); and (b) issue a new scheduling order setting a new trial date on or after February 28, 2001, and new pretrial deadlines.

| Attorneys for Plaintiffs | Attorneys for Defendant |
|---|---|
| Law Offices of Donald R. McCoy | Akerman, Senterfitt & Eidson, P.A. |
| 420 N.E. 3rd Street | SunTrust International Center, 28th Floor |
| Ft. Lauderdale, FL 33301 | One Southeast Third Avenue |
| Telephone: 954-522-4211 | Miami, Florida 33131-1704 |
| Facsimile: 954-522-4247 | Telephone: (305) 374-5600 |
| | Facsimile: (305) 374-5095 |
| | Email: cwelstead@akerman.com |
| By: _____ | By: _/s/ Christine L. Welstead_ |
| Donald R. McCoy | Christine L. Welstead |
| Florida Bar No. 887862 | Florida Bar No. 970956 |

---

[1] Plaintiffs' served their Motion for Leave to Amend Complaint on October 16, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by United States mail to: **Donald R. McCoy, Esq.**, 420 NE 3rd Street, Ft. Lauderdale, FL 33301, this ___ day of October, 2000.

_____
Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES, INC.,

    Defendant.
_____/

## AFFIDAVIT OF CHRISTINE L. WELSTEAD

STATE OF FLORIDA      )
                                   ) ss:
COUNTY OF MIAMI-DADE  )

The affiant, Christine L. Welstead, being duly sworn, deposes and says:

1.    I am counsel of record for Defendant, Barton Protective Services, Inc., in the above-styled matter. I am fully familiar with facts set forth herein. I make this affidavit in support of the parties joint Motion for Continuance of Trial.

2.    The parties, through their counsel, have agreed to the Motion for Continuance of Trial for the reasons set forth in the Motion. The Motion for Continuance is being made for good cause and not for purposes of delay.

MI569197;1

1


EXHIBIT "A"

FURTHER AFFIANT SAYETH NAUGHT.

_____
Christine L. Welstead

The foregoing instrument was acknowledged before me this 17th day of October, 2000, by Christine L. Welstead, who is (personally known) to me or who has produced _____ (type of identification) as identification.



NOTARY PUBLIC STATE OF FLORIDA

_____
(Print, Type or Stamp Commissioned Name of Notary Public)

M1569197;1                                2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES, INC.,

    Defendant.
_____/

### ORDER ON JOINT MOTION TO CONTINUE TRIAL DATE

The Court has considered the Joint Motion of the Parties to Continue the Trial Date currently scheduled for January 29, 2001, has considered the agreement of the Parties to the terms of this Order, and has otherwise been fully advised on the premises. It is therefore ORDERED AND ADJUDGED as follows:

    1.    The trial date set for January 29, 2001 (and all deadlines related to that date, including, but not limited to, the deadlines for amendments to the pleadings, expert discovery, completion of merits discovery, filing of pretrial motions, filing of the pretrial stipulation, and setting of a pretrial conference) is hereby continued; and

    2.    The Court will issue a new scheduling order setting this case for trial on the next available trial calendar on or after February 28, 2001.

    DONE and ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2000.

                                                                           _____
                                                                          UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record

EXHIBIT "B"

MI569197;1                        1