

NIGHT BOX
FILED

OCT 1 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

       Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES, INC.,

       Defendant.

_____/

## RE-NOTICE OF TAKING DEPOSITIONS*

       PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of

the following:

Name:      **Hayes Sullivan**

Date/Time:  October 19, 2000 at 10:00 a.m.

Location:    Akerman, Senterfitt & Eidson
              Las Olas Centre II, Suite 1600
              350 East Las Olas Boulevard
              Ft. Lauderdale, FL 33301
              (954/463-2700)

Name:      **Jamie Ellis**

Date/Time:  October 19, 2000 at 1:00 p.m.
              **(or immediately following Hayes Sullivan)**

Location:    - Same -

**\*The depositions of Crispina Ashby, Victor Anderson and George Rodriguez
  will be rescheduled at a mutually convenient time**

M1569899;1

The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by regular U.S. Mail to: **Donald R. McCoy, Esq.**, 420 NE 3rd Street, Ft. Lauderdale, FL 33301, this _17th_ day of October, 2000.

Respectfully submitted,

**AKERMAN, SENTERFITT & EIDSON, P.A.**
Attorneys for Defendant
SunTrust International Center -- 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095
E-Mail: cwelstead@akerman.com

By _____
Christine L. Welstead
Florida Bar No. 970956

MI569899;1