UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6018-CIV-GRAHAM

VICTOR L. ANDERSON, CRISPINA
ASHBY, JAMIE ELLIS, GEORGE
RODRIGUEZ and HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INC.,

    Defendant.
_____/



FILED by _____ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Amend Complaint and Joint Motion to Continue Trial Date.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion for Leave to Amend Complaint is GRANTED. It is further

**ORDERED AND ADJUDGED** that the Joint Motion to Continue Trial Date is GRANTED IN PART. Since the parties agree to an additional party being added, the Court will consider a new schedule which maintains the present trial date and provides the Court with twenty (20) days to resolve all motions prior to the trial date. It is further

**ORDERED AND ADJUDGED** that the Joint Motion to Continue Trial

Date is DENIED in all other respects.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of October, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Christine L. Welstead, Esq.
    Donald R. McCoy, Esq.