IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

    Plaintiffs,
vs.

BARTON PROTECTIVE SERVICES, INC.,

    Defendant.
_____/



## DEFENDANT'S NOTICE OF FILING
## DISCLOSURE OF EXPERT WITNESS

Defendant, BARTON PROTECTIVE SERVICES, INC., pursuant to Local Rule 16.1.K, Rule 26, Fed. R. Civ. P., and this Court's Scheduling Order, hereby identifies its expert witness/rebuttal expert witness as follows:

1.    Frederick R. Atterbury - Wage & Hour Specialist
    Ford & Harrision LLP
    815 North Garland Avenue
    Orlando, FL 32801

    Respectfully submitted,

    **AKERMAN, SENTERFITT & EIDSON, P.A.**
    SunTrust International Center, 28th Floor
    One S.E. Third Avenue
    Miami, Florida 33131
    (305) 374-5600/ Fax. No.: (305) 374-5095

MI565481;1

By: _____
CHRISTINE L. WELSTEAD, ESQ.
Florida Bar No.: 970956

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail upon: **Donald R. McCoy, Esq.**, 420 NE 3rd Street, Ft. Lauderdale, FL 33301, this 1st day of November, 2000.

_____
Attorney

## WAGE & HOUR SPECIALIST

September 1997 to current: Employed by Ford & Harrison LLP as a Wage & Hour Specialist. Assist clients with the application of the Fair Labor Standards Act to their pay and record keeping practices. Present Wage & Hour seminars. Expert witness activities.

## CONSULTANT

February 1988 to September 1997: Provide consulting services to the business community in three areas: (1) Seminars/training sessions (2) Wage-Hour audits to determine the status of a firm under the requirements of the Fair Labor Standards Act (3) Represent businesses being investigated by Wage-Hour by negotiating settlements.

## EXPERT WITNESS

Have been retained on numerous occasions as an expert witness representing defendants and plaintiffs. Provided assistance regarding the applicability of the FLSA to the issues at question, offered advice and recommendations. Most of the cases were settled prior to trial. The following required my testimony:

Hearings:   1988 retained as an expert witness by attorney Leo P. Rock (Gray, Harris & Robinson), for Defendant, City of Mount Dora, Plaintiff, City employees in the Police Department. Issue: Interpretation of the FLSA's regular rate for overtime.

1992 retained as an expert witness by the Sarasota - Manatee Professional Fire Fighters and Paramedics Local #2546, Plaintiff, Business Agent, Neal Elliott. Defendant, County of Sarasota. Issue: Application of the FLSA's Section 7, overtime provisions to their contract.

Middle District of Florida:

Guire, et.al., v. BVP Management, et.al. Case No.: 89-912-Civ-Orl-18.
1991 retained as an expert witness by attorney Susan McKenna, (Garwood, McKenna, McKenna & Wolf, P.A.), for Defendant, The Buena Vista Palace Hotel. Plaintiffs: eleven former hotel employees. Issue: FLSA section 7(i) overtime exemption.

Foster, Beardslee & Lubke v. Arch Southeast Communications, Inc.
Case No.: 92-83-Civ-Orl-22. 1993 retained as an expert witness by attorney Maura Smith, (Mathews, Smith & Railey), for Defendant, Interlink Communications. Plaintiff: three current and/or former sales employees. Issue: FLSA Outside Sales exemption Regulations, Part 541.5.

Northern District of Georgia/Atlanta:

>Moore v. Hard Rock Café Case No.: 194CV2895CC. 1995 retained as an expert witness by attorney Richard A. DuRose, Esq. (Foley & Lardner, Orlando, FL), for Defendant, Hard Rock Café. Plaintiff: former engineering employee. Issue: FLSA exemption, Regulations, Part 541, and the applicability of the fluctuating workweek for overtime payment.

United States District Court/Oklahoma:

>Webber v. Sykes Enterprises, Inc. Case No: CIV-97-1597-L. 1998 retained as an expert witness by attorney Guy O. Farmer (Foley & Lardner, Jacksonville, FL), for Defendant, Sykes Enterprises, Inc. Plaintiff: Cynthia Webber. Issue: Hours of work/Minimum wage/Overtime.

## EDUCATION

B.A. Liberal Arts (Business Concentration) 1964 University of South Florida

Masters of Commercial Science (Personnel Concentration) 1971 Rollins College

## PRIOR PROFESSIONAL EXPERIENCE

1968 to 1988 U.S. Department of Labor, Wage and Hour Division. Employed at the Orlando, Florida office. Duties increased in responsibility during term of employment. Primary duty involved making investigations of businesses throughout the Central Florida area to determine the application of the Fair Labor Standards Act and various other related laws.

This involved visiting businesses, examining company records, conducting interviews of employees, meeting with company representatives, interpreting the application of the FLSA, explaining the steps necessary to achieve future compliance and, if necessary, prepare the case for legal action against the business.

During later stages of employment, was asked to be a Training Instructor for the national training classes conducted to train newly hired investigators. Training topic was "overtime." Also, assisted in the field training of new investigators, supervised their activities, reported on their progress, and provided ongoing assistance to the junior staff members in the Orlando office. Represented the Orlando office at various regional staff meetings and was called to the national office in Washington, D.C. to work on several committees dealing with improving field investigations. Presented with numerous awards and bonuses based on work performance.

During an approximate fifteen year period (1971 to 1986) taught college classes as an adjunct instructor. At various time periods, taught at Rollins College, Valencia Community College and Orlando College. Classes taught included: Wage and Salary Administration, Personnel, Management, and other business classes.

## SEMINARS

Have presented seminars at conventions, trade shows, and corporations throughout the United States. The number of business persons that have attended these seminars is in the thousands. The largest was the FL Institute of CPA's University of Florida Conference with approximately 400 CPAs from throughout the state. Other examples: Florida Institute of CPAs, Council on Education in Management (CEM), Florida Restaurant Association, Towing and Recovery Association of America, American Association of Nurserymen, Employers Association of Florida, American Subcontractors Association, Associated Builders and Contractors.

## PUBLICATION

Have written articles published by various trade publications concerning the application of the Wage and Hour standards. Many of these have a nationwide publication. In addition, have been interviewed, as an authority, by others writing articles for newspapers and various trade publications as to interpretation of various requirements concerning the FLSA.

## CLIENTS

Client list includes over 100 businesses. Included are small local businesses, medium size enterprises, large multi-national corporations, and nationwide associations.