NIGHT BOX
FILED

NOV 09 2000

CLARENCE MADDOX
CLERK. USDB / SDFL / MIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

      Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES, INC.,

      Defendant.

_____/

### DEFENDANT'S RULE 45 NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS WITHOUT DEPOSITION

Pursuant to Fed.R.Civ.P. 34(c) and 45, the Defendant hereby gives notice of the issuance of a subpoena for production of documents without deposition, a copy of which is attached hereto, to the following person:

1.    Robert H. Chauvin, 1410 N.W. 8th Street, Dania, Florida 33304.

Respectfully submitted,
**AKERMAN, SENTERFITT & EIDSON, P.A.**
SunTrust International Center, 28th Floor
One Southeast Third Avenue
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax: (305) 374-5095
Email: cwelstead@akerman.com

By _____
    Christine L. Welstead, Esq.
    Florida Bar No.: 970956

MI579458;1

CASE NO.: 00-6018-CIV-GRAHAM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by

regular U.S. Mail to: **Donald R. McCoy, Esq.**, 420 NE 3rd Street, Ft. Lauderdale, FL

33301, this 10th day of October, 2000.
                              November

Attorney

MI579458:1

## **DUCES TECUM**

1.     Copies of any and all correspondence to or from Donald R. McCoy or Donald R. McCoy, P.A. and notes of any conversation with any member or employee of that firm which references, refers or relates to Victor L. Anderson, Crispina Ashby, Jaime Ellis, George Rodriguez, Hayes (Dan) Sullivan or Cherry Faulk, Barton Protective Services, Inc. or any matter related to the case styled *Anderson, et al. v. Barton Protective Services, Inc.*, currently pending in the United States District Court for the Southern District of Florida, Case No. 00-6018-CIV-GRAHAM.

2.     Copies of any and all compensation, retainer or fee agreements entered into with Donald R. McCoy, Donald R. McCoy, P.A. or their clients, for this case, other pending matters, or in the past.

3.     Copies of any and all reports, preliminary reports, final reports, affidavits, correspondence, drafts, notes, calculations, analysis or memoranda which refer or relate to any aspect of work you were asked to perform in the case styled, *Anderson, et al. v. Barton Protective Services, Inc.,* and or any internal memoranda to or from your agents, employees and/or assistants who helped in the preparation of any such report, whether preliminary or final.

4.     Copies of any and all documents, books, materials, publications, periodicals, authorities, depositions, computer programs, memoranda, calculations, statutes, rules, regulations or reports from other experts which you referred to, relied upon, or consulted with in the preparation of your reports regarding the allegations in made by Victor L. Anderson, Crispina Ashby, Jaime Ellis, George Rodriguez, Hayes (Dan) Sullivan and Cherry Faulk against Barton Protective Services, Inc.

M1579422;1

