IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED
NOV 09 2000

CASE NO. 00-6018-CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

    Plaintiffs,
vs.

BARTON PROTECTIVE SERVICES, INC.,

    Defendant.
_____/

## SECOND RE-NOTICE OF TAKING DEPOSITIONS*

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the following:

| | |
|---|---|
| Name: | **Hayes Sullivan** |
| Date/Time: | November 27, 2000 at 10:00 a.m. |
| Location: | Akerman, Senterfitt & Eidson<br>One Southeast Third Avenue, 28th Floor<br>Miami, FL 33131<br>(305/374-5600) |
| Name: | **Cherry Faulk** |
| Date/Time: | November 27, 2000 at 2:00 p.m. |
| Location: | - Same - |
| Name: | **Crispina Ashby** |
| Date/Time: | November 28, 2000 at 10:00 a.m. |
| Location: | - Same - |
| Name: | **Jamie Ellis** |
| Date/Time: | November 28, 2000 at 1:00 p.m. |

MI579586;1

| | |
|---|---|
| Location: | - Same - |
| Name: | **Victor Anderson** |
| Date/Time: | November 28, 2000 at 3:00 p.m. |
| Location: | - Same - |
| Name: | **George Rodriguez** |
| Date/Time: | November 30, 2000 at 10:00 a.m. |
| Location: | - Same - |

The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by regular U.S. Mail to: **Donald R. McCoy, Esq.**, 420 NE 3rd Street, Ft. Lauderdale, FL 33301, this _10th_ day of November, 2000.

Respectfully submitted,

AKERMAN, SENTERFITT & EIDSON, P.A.
Attorneys for Defendant
SunTrust International Center -- 28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
E-Mail: cwelstead@akerman.com

By _____
Christine L. Welstead
Florida Bar No. 970956

MI579586;1