UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6018-CIV-GRAHAM

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ and
HAYES D. SULLIVAN,

    Plaintiffs,

vs.                                    ORDER OF RECUSAL

BARTON PROTECTIVE SERVICES, INC.,

    Defendant.
_____/

    THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this 16 day of Nov, 2000.

WILLIAM C. TURNOFF
United States Magistrate Judge

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge **JOHN J. O'SULLIVAN**.

1

Copies of this Order shall be served on all pending parties of record by United States Mail.

All documents for filing this case shall carry the following case number and designation:

_____.

BY ORDER of the Court this 21 day of November, 2000.

CLERK OF COURT

BY: _____
    Deputy Clerk