UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6018-CIV-GRAHAM

**NIGHT BOX FILED**

DEC ₁9 ₁.

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

VICTOR L. ANDERSON, CRISPINA ASHBY,
JAMIE ELLIS, GEORGE RODRIGUEZ,
HAYES D. SULLIVAN and CHERRY FAULK,

      Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INCORPORATED,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the parties hereby stipulate to the dismissal of this action with prejudice, and hereby advise the Court that they have amicably resolved this matter. Each party is to bear his, her or its own attorney's fees and costs as set forth in a confidential Settlement and General Release Agreement entered into by the parties.

     Respectfully submitted this 19th day of December, 2000.

AKERMAN, SENTERFITT & EIDSON, P.A.
SunTrust International Center-28th Floor
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By _____
    Christine L. Welstead
    Florida Bar No. 970956

Attorneys for Defendant

DONALD R. McCOY, P. A.
420 N. E. Third Street
Fort Lauderdale, Florida
             33301
Telephone: (954) 522-4211
Facsimile: (954) 523-3240

By _____
    Donald R. McCoy
    Florida Bar No. 887862

Attorney for Plaintiffs