UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6018-CIV-GRAHAM



VICTOR L. ANDERSON, CRISPINA
ASHBY, JAMIE ELLIS, GEORGE
RODRIGUEZ and HAYES D. SULLIVAN,

    Plaintiffs,

vs.

BARTON PROTECTIVE SERVICES INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, filed December 26, 2000.

**THE COURT** has considered the Stipulation, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause is hereby DISMISSED pursuant to the terms of the Stipulation. The Court retains jurisdiction over this cause for a period of 60 days to enforce the settlement if necessary. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Final Order of Dismissal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of December, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Christine L. Welstead, Esq.
    Donald R. McCoy, Esq.